FILED _____ LODGED
_____ RECEIVED
Dec 15, 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WYATT REID,<br><br>Defendant. | CASE NO. CR11-5511BHS<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Assistant United States Attorney, Steven Masada.

The defendant appears personally and represented by counsel, Chris Kerkering;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

1     The defendant having

2     (X) acknowledged the right to a hearing on the merits, voluntarily waived that hearing,

3 and acknowledged violating the following bond conditions as set forth below:

4     1. Failing to submit to testing on November 22, 2011, as directed.

5     2. Failing to contact Greater Lake Mental Health as directed.

6     ( ) been found to be in violation of his bond as set forth below after a hearing before the

7 undersigned:

8     The court having determined that the defendant violated the conditions of his Appearance

9 Bond, now therefore, defendant's Appearance Bond, dated November 4, 2011, is hereby:

10     (X) continued in effect.

11     ( ) modified as follows:

12     ( ) revoked, and the defendant is ordered detained for failing to show that he/she will not

13 flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR

14 46(c), to be delivered as ordered by the court for further proceedings.

15     The clerks shall direct copies of this order to counsel for the United States, to counsel for

16 the defendant, the United States Marshal and to the United States Probation Office and/or

17 Pretrial Services Office.

18     Dated this 15 day of December, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge