UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      v.<br><br>WILLIAM WYATT REID,<br><br>   Defendant. | NO. CR11-05511BHS<br><br>**ORDER EXTENDING TERM OF SUPERVISED RELEASE** |

The defendant, William Wyatt Reid, initially was sentenced by this Court to three years of probation, following a guilty plea to one count of Theft of Public Funds, in violation of Title 18, United States Code, Section § 641. Dkt. #34.

On February 26, 2014, Mr. Reid's probation was revoked, and the Court imposed a time-served sanction and 12 months of supervised release to follow. Dkt. #76

On about November 18, 2014, the U.S. Probation Office submitted to the Court a violation report and request for the issuance of a summons, alleging the Mr. Reid committed three violations of the conditions of supervised release, namely, (1) failure to make monthly payments toward his restitution, (2) failure to make monthly payments toward his special penalty assessment, and (3) failure to complete community service hours as directed.

On December 15, 2014, Mr. Reid appeared in Court, as directed, and admitted the alleged violations. The Court accepted those admissions and found that Mr. Ried violated the conditions of his supervised release. The Court proceeded to disposition and, as recommended by the Probation Office, the Court extended Mr. Reid's term of supervised release by one year.

ORDER/REID - 1
NO. CR11-5511BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Now, therefore,

IT IS HEREBY ORDERED as follows:

1. The previously imposed 12-month term of supervised release, imposed on or about February 26, 2014, Dkt. #77, is hereby extended for 12 additional months;

2. All terms and conditions of supervised release previously imposed remain unchanged; and,

3. This Order references and incorporates herein the oral ruling of the Court set forth on December 15, 2014.

DATED this 17th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Prepared By:

*s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney

Consent as to form:

*s/ Colin Fieman*
COLIN FIEMAN
Assistant Federal Public Defender
Counsel for Defendant

ORDER/REID - 2
NO. CR11-5511BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970